IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 15-cr-00259-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR FERNANDO CRUZ-BARAHONA,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Hector Fernando Cruz-Barahona is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 19th day of April, 2016.

BY THE COURT:

Judge William J. Martínez
United States District Judge